Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00476-CV

Michael J. **WESTHEIMER**,
Appellant

v.

**MCNELIS & ASSOCIATES, PLLC**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 363920
Honorable Jason Pulliam, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  August 24, 2011

DISMISSED

The parties filed a joint Motion to Dismiss With Prejudice stating they have fully and finally settled all claims between them. The motion is granted and this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM